IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY HAMMOND MURPHY,

Plaintiff,

vs.

CAMP SAVER LLC.,

Defendant.

Case No.: 1:20-cv-00060

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: JUNE 26, 2020

**LAW|FIRST**
/s/Lawrence H. Fisher
Lawrence H. Fisher
One Oxford Centre
301 Grant St., Suite 4300
Pittsburgh, Pennsylvania 15219
Tel: (724) 986-9785
lawfirst@comcast.net

*Attorney for Plaintiff Anthony Hammond Murphy*